```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLAUDIA GONZALEZ,                                            JUDGMENT
                                                             13-CV- 4078 (MKB)
                         Plaintiff,

     -against-

MERCANTILE ADJUSTMENT BUREAU, LLC,
JOHN DOE and JANE DOE Nos. 1-25,

                         Defendants.
-----------------------------------------------------------X
```

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on May 28, 2014, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 11, 2014; and dismissing the Complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based on Plaintiff's failure to prosecute the action; it is

ORDERED and ADJUDGED that the Complaint is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and that Plaintiff shall recover nothing of the Defendants.

Dated: Brooklyn, New York  
　　　　May 28, 2014

Douglas C. Palmer  
Clerk of Court

by:　*/s/ Janet Hamilton*  
　　　Deputy Clerk